**ORDERED in the Southern District of Florida on October 27, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN THE MATTER OF:**
**BELGICA SANCHEZ**

**CASE NO. 16-20843-RAM**
**CHAPTER 13**

**Debtors,**
________________________________/

**ORDER SUSTAINING OBJECTION TO CLAIM , DE # 23**

**THIS CAUSE** having come before the court on October 18, 2016 upon the Debtor BELGICA SANCHEZ's Objection to Claim Number 2-1, (D.E. # 23), this Court having considered the basis for the objection and being otherwise duly advised in the premises, it is

**ORDERED** that BELGICA SANCHEZ's objection to the claim is hereby **SUSTAINED**.

The claim is allowed but the amount is reduced to $7,392.00.

**Submitted by:**

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).